AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
MAR 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Burton Dupuy, et al

V.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00355

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Pro se General Civil

DATE STAMP: 2/27/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

Burton Dupuy
Yvonne Dupuy
147 Von Orange La.
Natchitoches, LA.
71457

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          FEB 27 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | March 14, 2006 |
| NAME OF SERVER (PRINT) Alice Armour | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Certified letter return receipt requested._

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-22-06         _Alice Armour_
                              Signature of Server

4639 Hwy 3278
Natchitoches, LA 71457
Address of Server

RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>KENNETH L WAINSTEIN<br>UNITED STATES ATTORNEY<br>CIVIL PROCESS CLERK<br>555 4TH STREET NW<br>WASHINGTON, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0006 4527 9490 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540