IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BURTON DUPUY & <br> YVONNE DUPUY, <br>     Plaintiffs, <br>     v. <br> UNITED STATES, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    No: 1:06cv00355 (CKK) <br> ) <br> ) <br> ) <br> ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: May 12, 2006.

                                               Respectfully submitted,

                                               /s/ Jennifer L. Vozne
                                               JENNIFER L. VOZNE
                                               Trial Attorney, Tax Division
                                               U.S. Department of Justice
                                               P.O. Box 227
                                               Ben Franklin Station
                                               Washington, DC 20044
                                               Phone/Fax: (202) 307-6555/514-6866
                                               Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

                                                                                              1696809.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing ENTRY OF APPEARANCE was served upon the following individual(s) on May 12, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>BURTON DUPUY
>YVONNE DUPUY
>Plaintiffs *pro se*
>147 Von Orange Lane
>Natchitoches, LA 71457

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1696809.1