## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BURTON DUPUY & YVONNE DUPUY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No: 1:06cv00355 (CKK) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) |

### **ORDER**

Having considered the UNITED STATES' MOTION TO DISMISS COMPLAINT, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED;

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 200____.

_____
UNITED STATES DISTRICT JUDGE

1825651.1

Copies to:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

BURTON DUPUY
YVONNE DUPUY
Plaintiffs *pro se*
147 Von Orange Lane
Natchitoches, LA 71457