UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BURTON DUPUY, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

Civil Action No. 06–355 (CKK)

**ORDER**
(August 24, 2006)

On July 25, 2006, Defendant filed a [9] Motion to Dismiss in the above-captioned case. Plaintiffs are representing himself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, this Court wishes to advise Plaintiffs that they must respond to Defendant's Motion to Dismiss no later than September 15, 2006. If Plaintiffs do not respond, the Court will treat the Motion as conceded and dismiss Plaintiff's Complaint.

**SO ORDERED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge