IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

BURTON DUPUY            )
YVONNE DUPUY,         )
                                )
        Plaintiffs,       )
                                )
        v.                 )          No: 1:06cv00355 (CKK)
                                )
UNITED STATES,        )
                                )
        Defendant.      )

### UNITED STATES' PRAECIPE

On August 24, 2006, the Court issued an order advising plaintiffs that they had

up to and including September 15, 2006 to file an opposition to the United States'

motion to dismiss.  The Court indicated that it would treat the motion as conceded and

dismiss the action if plaintiffs did not respond.  As of today's date, according to PACER,

plaintiffs have not filed an opposition to the motion to dismiss.  The United States

respectfully requests that the Clerk present the case to the Court for dismissal.

      DATE: October 11, 2006.      Respectfully submitted,

                                 /s/ Jennifer L. Vozne
                                JENNIFER L. VOZNE
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                Post Office Box 227
                                Washington, DC  20044
                                Phone/Fax:  (202) 307-6555/514-6866
                                Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' PRAECIPE was caused to

be served upon plaintiffs *pro se* on the 11th day of October, 2006, by depositing a copy in

the United States' mail, postage prepaid, addressed as follows:

BURTON DUPUY
YVONNE DUPUY
Plaintiffs *pro se*
147 Von Orange Lane
Natchitoches, LA 71457

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE

1967647.1