UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BURTON DUPUY, *et al.*,

    Plaintiffs,

v.

UNITED STATES,

    Defendant.

Civil Action No. 06–355 (CKK)

**ORDER**
(October 16, 2006)

On July 25, 2006, Defendant filed a [9] Motion to Dismiss in the above-captioned case. Plaintiffs are representing themselves, *pro se*. On August 24, 2006, the Court sent Plaintiffs an Order stating that in *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. The Court instructed Plaintiffs that they were required to respond to Defendant's Motion to Dismiss no later than September 15, 2006, and that if Plaintiffs did not so respond by that date, the Court would treat the Motion to Dismiss as conceded and dismiss Plaintiffs' Complaint.

As of the instant date, October 16, 2006, no response to Defendant's Motion to Dismiss has been filed by Plaintiffs according to the Court docket. The Court has further contacted the Clerk's Office directly and been instructed that no such filing has been made by Plaintiffs as of the instant date.

Accordingly, it is, this 16th day of October, 2006, hereby

ORDERED Defendant's [9] Motion to Dismiss is GRANTED AS CONCEDED; it is also

ORDERED that this case shall be DISMISSED in its entirety; it is also

ORDERED that the Clerk of the Court shall mail a copy of this Order to Plaintiffs at 147 Von Orange Lane; Natchitoches, LA 71457.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge