IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BURTON DUPUY & YVONNE DUPUY, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) No: 1:06cv00355 (CKK) |

## NOTICE OF APPEARANCE

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATED: January 17, 2007

                                        Respectfully submitted,

                                        /s/ Beatriz T. Saiz
                                        BEATRIZ T. SAIZ
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Ben Franklin Station
                                        Washington, DC 20044
                                        Telephone: (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

     IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on January 17, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        BURTON DUPUY
        YVONNE DUPUY
        147 Von Orange Lane
        Natchitoches, LA 71457


        /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ